JS - 6

# PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 09-00625-VAP (OPx)                                      Date:  June 3, 2009

Title:   HSBC MORTGAGE SERVICES, INC. -v- NORMA G. RODRIGUEZ, MIGUEL GUTIERREZ EZQUIVEL, AND DOES 1-5
================================================================
PRESENT:        HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

Marva Dillard                                                            None Present
Courtroom Deputy                                                 Court Reporter

ATTORNEYS PRESENT FOR                   ATTORNEYS PRESENT FOR
PLAINTIFFS:                                              DEFENDANTS:

None                                                                        None

PROCEEDINGS:       ORDER REMANDING FOR LACK OF SUBJECT MATTER JURISDICTION (IN CHAMBERS)

   Defendant removed this case to this Court on April 3, 2009.  Removal is inappropriate when the district court would not have original jurisdiction over the case.  <u>See</u> 28 U.S.C. § 1441(a).  A case shall be remanded when the court lacks subject matter jurisdiction.  <u>See</u> 28 U.S.C. § 1447(c).

   Defendant failed to respond timely to this Court's Order to Show Cause regarding subject matter jurisdiction.  This action is remanded to the California Superior Court for the County of Riverside.

   **IT IS SO ORDERED.**